UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:10-CR-00361-AGF |
| ) | |
| GREGORY COLEMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter is before the Court on Defendant's Pro Se Motion (Doc. No. 59) requesting he receive good conduct time credit. The Court referred the Motion to the Probation Office for review and response. The Probation Office mailed a response letter to Defendant, and filed same, on March 25, 2019 (Doc. No. 60) stating that the Bureau of Prisons has full discretion over good conduct time credit earned by an inmate. For the reasons stated in the Probation Office's letter,

**IT IS HEREBY ORDERED** that Defendant's Pro Se Motion (Doc. No. 59) is **DENIED** as the Bureau of Prisons, not the Court, has full discretion over good conduct time credit.

Dated this 26th day of March, 2019.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE